1058

[No. 15928-7-II.  Division Two.  July 25, 1995.]

THE STATE OF WASHINGTON, *on the Relation of*
NATHAN JARROD CUTLER-BRUNER, *Respondent*, v.
GARRY DALE BRUNER, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 90-5-00947-1, Frederick B. Hayes, J., entered
April 10, 1992. *Affirmed* by unpublished opinion per
Morgan, J., concurred in by Seinfeld, C.J., and Wiggins, J.

[No. 13640-0-III.  Division Three.  July 27, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. TROY
MICHAEL SMITH, *Appellant.*

Appeal from a judgment of the Superior Court for
Spokane County, No. 93-8-01083-1, Kathleen M. O'Connor,
J., entered October 29, 1993. *Affirmed* by unpublished
opinion per Schultheis, J., concurred in by Thompson,
C.J., and Sweeney, J.

[No. 29520-9-I.  Division One.  July 31, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. RONDO
HINDLY EASTMOND, *Appellant.*

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 89-1-00088-6, James H. Allendoerfer,
J., entered November 8, 1991. *Affirmed in part, reversed in
part,* and *remanded* by unpublished opinion per Baker,
C.J., concurred in by Webster and Agid, JJ.